[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-13359
Non-Argument Calendar

_____

D.C. Docket No. 3:20-cr-00003-CAR-CHW-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

EMILIO FLENTALL,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

(August 16, 2021 )

Before NEWSOM, BRASHER, and ANDERSON, Circuit Judges.

PER CURIAM:

Jonathan Dodson, counsel for Emilio Flentall in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Flentall's conviction and sentence are **AFFIRMED**.